UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARADISE CAY APTS, LLC )
 )
    Plaintiff, )
v. ) Case No.: 6:22-cv-2062-ACC-LHP
 )
ZURICH AMERICAN INSURANCE )
COMPANY, )
 )
    Defendant. )
 )

### AMENDED COMPLAINT

Plaintiff, **PARADISE CAY APTS, LLC.**, by and through undersigned counsel, hereby sues Defendants, **Zurich American Insurance Company** ("Zurich") and **Empire Indemnity Insurance Company** ("Empire"), and in support thereof alleges as follows:

### PARTIES, JURISDICTION, AND VENUE

1. This is an action for an amount in excess of $75,000.00, exclusive of attorney fees, costs, and interest.

2. At all times material hereto, Plaintiff was and is a resident of Brevard County, Florida and *sui juris*.

3. At all times material hereto, both Defendants were and are insurance companies authorized to and did write homeowners insurance policies within the State of Florida, and specifically within Brevard County, Florida.

4. At all times material hereto, Plaintiff was and is the owner of the property located at 1900 Post Rd. Blgd#1-9, 16-18, Melbourne, FL, 32935, Brevard County.

## COUNT I – BREACH OF THE INSURANCE CONTRACT
## AGAINST DEFENDANT EMPIRE INDEMNITY INSURANCE COMPANY

5. Plaintiff re-alleges and re-asserts paragraphs 1 through 3 as though fully set forth herein.

6. At all times material hereto, Plaintiff was and is the owner of the property located at 1900 Post Rd. Blgd#1-9, 16-18, Melbourne, FL, 32935, Brevard County.

7. At all times material hereto, the subject property was insured under a policy of insurance issued by Defendant to Plaintiff, specifically, policy number 9466437. Said policy is incorporated herein in its entirety pursuant to Fed. R. Civ. P. 15; further, Defendant has a copy of said policy in its possession.

8. At all times material hereto, the policy of insurance was in full force and effect.

9. The policy of insurance provides, in pertinent part, that Defendant provides coverage for property damage, including contents, rendered to Plaintiff's property that is the result of an accident, whether natural in cause or not, and the policy is required to comply with the provisions of Florida law.

10. On or about September 10, 2017, Plaintiff's property was damaged directly and/or indirectly due to Hurricane Irma.

11. As a result, thereof, Plaintiff sustained damages to the property that required reasonable, related and/or necessary repairs and replacements, as well as

appropriate cleaning and other remedial measures, along with additional living expenses incurred.

12.  Plaintiff gave timely notice to Defendant of such loss, and did thereafter deliver to Defendant a full and particular account of Plaintiff's expenses and losses as a result of the loss.

13.  Defendant assigned claim number 5630013067 to identify the loss.

14.  Defendant has failed to establish that it had reasonable proof that it was not responsible for the payment of Plaintiff's damages and/or loss, and has failed to pay the requested amounts for repairs and/or replacement, plus applicable interest, pursuant to the terms of the policy of insurance, in breach of Plaintiff's contract with Defendant.

15.  All conditions precedent to the filing of this action have been complied with, met, or otherwise waived.

16.  Defendant's conduct has caused Plaintiff to retain the services of the undersigned counsel to prosecute this action, and Plaintiff is entitled to attorney fees and costs pursuant to Florida law, and specifically pursuant to Section 627.428 and/or Section 626.9373, Florida Statutes.

**WHEREFORE**, based on the foregoing, Plaintiff, **PARADISE CAY APTS, LLC.**, demands judgment against Defendant, **EMPIRE INDEMNITY INSURANCE COMPANY**, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

## COUNT II – VICARIOUS LIABILITY
## AGAINST ZURICH AMERICAN INSURANCE COMPANY

17. Plaintiff re-alleges and re-asserts paragraphs 1 through 16 as though fully set forth herein.

18. Empire is a direct subsidiary of Zurich and under Zurich's financial and operational control and the two entities have a shared address.

19. Empire and Zurich also share numerous common officers, as well as a consolidated financial statement.

20. Empire was acting as an agent of Zurich American Insurance Company when it breached the insurance contract, and therefore Zurich is vicariously liable for Empire's breach.

**WHEREFORE**, based on the foregoing, Plaintiff, **PARADISE CAY APTS, LLC.**, demands judgment against Defendant, **ZURICH AMERICAN INSURANCE COMPANY**, for damages, interest, attorney fees, costs, and any other such relief that this Honorable Court deems just and proper.

**DEMAND** is hereby made for trial by jury of all issues so triable as a matter of right.

**DATED** this 05 day of June 2023.

> Respectfully submitted,
>
> **THE MORGAN LAW GROUP, P.A.**
>
> By:   */s/ Edward Franca*
> Edward Franca, Esq.
> Florida Bar No.: 1004372

> 55 Merrick Way, Suite 404
> Coral Gables, FL 33134
> efranca@morganlawgroup.net
> Mlg.eservice@morganlawgroup.net
> *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **5th** day of **June, 2023**, we electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Edward Franca*
Edward Franca, Esq.
Florida Bar No.: 1004372

*[Service List on Following Page]*

### SERVICE LIST

**PARADISE CAY APTS, LLC V. ZURICH AMERICAN INSURANCE COMPANY**

**UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 0:22-cv-02062-ACC-LHP**

5

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, PLC**
David T. Burr, Esquire
400 North Ashley Avenue | Suite 1000
Tampa, Florida 33602
dburr@gallowaylawfirm.com
tampaservice@gallowaylawfirm.com
*Attorney for Defendant,*
*Zurich American Insurance Company*